UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM R. DONLEY,

    Plaintiff,

v.                                                     Case No. 8:08-cv-2566-T-30MAP

GRACE A. SIPES,

    Defendant.
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal (Dkt. #9). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 9, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-2566.dismissal 9.wpd